PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Elvin Caballero  **Docket Number:** 11-00131-001
**PACTS Number:** 45356

**Name of Sentencing Judicial Officer:** Honorable Stanley R. Chesler

**Date of Original Sentence:** 12/28/2006

**Original Offense:** Uttering Counterfeit Obligations or Securities

**Original Sentence:** 24 months imprisonment; 3 years supervised release.

**Type of Supervision:** Supervised Release  **Date Supervision Commenced:** 5/8/09

**Assistant U.S. Attorney:** To be assigned, 970 Broad Street, Room 502 Newark, New Jersey 07102 (973) 645-2700

**Defense Attorney:** Unknown

---

## PETITIONING THE COURT

[X] To issue a warrant
[ ] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the standard supervision condition which states 'You shall not commit another federal, state, or local crime.' |
| | On March 21, 2010, the offender was arrested by the Bridgewater Police Department and charged with receiving stolen property, eluding, and burglary after being observed by police in possession of a stolen vehicle and engaging police in a car pursuit and foot chase. |
| 2 | The offender has violated the standard supervision condition which states 'You shall notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer.' |
| | The offender was arrested by Bridgewater Police on March 21, 2010, and failed to advise the probation officer of this arrest. |

PROB 12C - Page 3
Elvin Caballero

I declare under penalty of perjury that the foregoing is true and correct.

By: *Donna W. Shaw*
Donna W. Shaw
Senior U.S. Probation Officer
Date: 5/13/11

---

THE COURT ORDERS:

[✓] The Issuance of a Warrant
[ ] The Issuance of a Summons. Date of Hearing: _____.
[ ] No Action
[ ] Other

Signature of Judicial Officer

5/17/11
Date

**UNITED STATES DISTRICT COURT**
**PROBATION OFFICE**
**DISTRICT OF NEW JERSEY**

WILFREDO TORRES
CHIEF PROBATION OFFICER

THOMAS C. MILLER
DEPUTY CHIEF PROBATION OFFICER

May 13, 2011

SUPERVISION UNIT
20 WASHINGTON PLACE
6TH FLOOR
NEWARK, NJ 07102-3172
(973) 645-6161
FAX: (973) 645-2155

www.njp.uscourts.gov

The Honorable Stanley R. Chesler
United States District Court Judge
Martin Luther King Jr. Federal Building & Courthouse
PO Box 0999
Newark, NJ 07102-0999

RE: CABALLERO, Elvin
Dkt. No.: 11-131
**Request for a Warrant**

Dear Judge Chesler:

Reference is made to the above named-offender who was sentenced by the Honorable Robert N. Chatigny, Chief District Court Judge, District of Connecticut, on December 28, 2006, after a plea of guilty to uttering counterfeit obligations or securities in violation of 18 U.S.C. § 472. The offender was sentenced to 24 months imprisonment and a three-year-term of supervised release. Supervision commenced on May 8, 2009 and was immediately assumed by this District based on the offender's residence in South River, New Jersey.

On January 18, 2011, the District of Connecticut was notified of new arrests incurred by this offender. Based on the offender's residence and the fact that several of his new charges occurred in New Jersey, jurisdiction was ultimately transferred to our district.

The purpose of this letter is to request that a warrant be issued in this case based on the multitude of pending charges and the fact that the offender was arrested again yesterday and charged with new criminal conduct. Mr. Caballero is currently in the Lackawana County Jail in Pennsylvania and bail has been set at $20,000. For these reasons, we request the issuance of a warrant to serve as a detainer.

Enclosed for Your Honor's review and signature is a Probation Form 12C, Petition for Warrant. Should Your Honor wish to discuss this case further, please contact the undersigned at (973) 223-7631.

Respectfully submitted,

WILFREDO TORRES, Chief
U.S. Probation Officer

*Donna W. Shaw*

By: Donna W. Shaw
Senior U.S. Probation Officer

/dws
Enclosure

PROB 12C - Page 2
Elvin Caballero

3          The offender has violated the standard supervision condition which states 'You shall not commit another federal, state, or local crime.'

           On August 21, 2010, the offender was arrested by the South River Police Department and charged with careless driving, driving while suspended, and resisting arrest.

4          The offender has violated the standard supervision condition which states 'You shall not commit another federal, state, or local crime.'

           On October 13, 2010, the offender was arrested by the Old Bridge Police Department and charged with theft by knowingly receiving stolen property belonging to the US Postal Service, theft by deception, and knowingly uttering a writing known to be altered or changed in order to defraud another.

5          The offender has violated the standard supervision condition which states 'You shall not commit another federal, state, or local crime.'

           On April 15, 2010, a criminal complaint was filed in the Commonwealth of Pennsylvania, County of Luzerne, charging the offender with forgery by passing a counterfeit twenty dollar bill on March 17, 2010.

6          The offender has violated the standard supervision condition which states 'You shall notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer.'

           The offender failed to notify the probation officer of his arrest in the Commonwealth of Pennsylvania which occurred on April 15, 2010.

7          The offender has violated the standard supervision condition which states 'You shall not leave the judicial district without the permission of the Court or Probation Officer.'

           The offender left the District of New Jersey without permission in that on March 17, 2010, the offender committed a crime in the state of Pennsylvania.

8          The offender has violated the standard supervision condition which states 'You shall not commit another federal, state, or local crime.'

           On May 12, 2011, the offender was arrested in Lackawanna County Pennsylvania and charged with theft of United States Postal money orders. The offender is incarcerated and bail has been set at $20,000.

9          The offender has violated the standard supervision condition which states 'You shall not leave the judicial district without the permission of the Court or Probation Officer.'

           The offender left the District of New Jersey without permission in that on May 12, 2011, the offender committed a crime in the state of Pennsylvania.