PROB 12C
(7/93)

# United States District Court

for

# District of New Jersey

## Amended Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Elvin Caballero

**Docket Number:** 11-00131-001
**PACTS Number:** 45356

**Name of Sentencing Judicial Officer:** Honorable Robert N. Chatigny

**Name of Assigned Judicial Officer:** Honorable Stanley R. Chesler

**Date of Original Sentence:** 12/28/2006

**Original Offense:** Uttering Counterfeit Obligations or Securities

**Original Sentence:** 24 months imprisonment; 3 years supervised release. Special conditions: mental health treatment; substance abuse treatment; no new debt; financial disclosure. Restitution of $1,424.91

**Type of Supervision:** Supervised Release

**Date Supervision Commenced:** 5/8/09

**Assistant U.S. Attorney:** Daniel Shapiro, 970 Broad Street, Room 502 Newark, New Jersey 07102 (973) 645-2700

**Defense Attorney:** David Holman, 1002 Broad Street, Newark, New Jersey 07102, (973) 645-6347

---

## PETITIONING THE COURT

[X] To issue a warrant
[ ] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | The offender has violated the standard supervision condition which states '**You shall not commit another federal, state, or local crime.**' |
| | The offender, while under the supervision of the District of New Jersey, was arrested on new criminal charges and subsequently pled guilty to such charges, receiving a new federal sentence. |
| | Specifically, on May 15, 2012, the offender was sentenced in the Middle District of Pennsylvania by the Honorable Edwin M. Kosik on two counts of Stealing Blank Money Order Forms Under the Authority of the Postal Service, 18 U.S.C. § 500. He received an 18-month term of imprisonment, on each count, to be served concurrently. Special conditions include: DNA testing; no new debt; financial disclosure; apply all monies received from anticipated or unexpected financial gains to the outstanding court-ordered financial obligation; substance abuse treatment; mental health treatment. Restitution of $8,550.78. |

PROB 12C - Page 2
Elvin Caballero

I declare under penalty of perjury that the foregoing is true and correct.

By: *Susan E. Karlak*
Susan E. Karlak
Senior U.S. Probation Officer
Date: 6/18/12 KJM

---

THE COURT ORDERS:

[✓] The Issuance of a Warrant
[ ] The Issuance of a Summons. Date of Hearing: _____.
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

6/20/2012
Date