UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Stanley R. Chesler |
| v. | : | Crim. No. 11-131 |
| ELVIN R. CABBALLERO | : | ORDER |

This matter having come before the Court on the petition of the United States Probation Office for a hearing regarding the failure of defendant Elvin R. Caballero (David Holman, Assistant Federal Public Defender, appearing) to comply with certain conditions of supervised release imposed on May 8, 2009; and the defendant having entered a guilty plea on June 20, 2012 to having violated a condition of supervised release which states he shall not commit another federal, state, or local crime; and for good cause shown;

IT IS on this 26 day of June, 2012,

ORDERED that the defendant is adjudged guilty of having violated a condition of supervised release which states he shall not commit another federal, state, or local crime by being sentenced on May 15, 2012 in the Middle District of Pennsylvania by the Honorable Edwin M. Kosik on two counts of Stealing Blank Money Order Forms Under the Authority of the Postal Service, in violation of 18 U.S.C. § 500;

IT IS FURTHER ORDERED that the term of supervised release is hereby revoked;

IT IS FURTHER ORDERED that the defendant is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a period of twenty-two months to run consecutively to the sentence imposed by Judge Kosik in the Middle District of Pennsylvania;

IT IS FURTHER ORDERED that no additional period of supervised release will be

1

imposed upon the completion of the defendant's sentence; and

IT IS FURTHER ORDERED that all other conditions of the judgment of conviction entered in this matter shall remain in full force and effect.

HONORABLE STANLEY R. CHESLER
United States District Judge